IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00029-AP

LYNDA LEE CASSARA,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        <u>For Plaintiff</u>:
        Gail C. Harriss
        DAWES, HARRISS & BLOODSWORTH, P.C.
        572 E. Third Avenue
        Durango, CO   81301
        (970) 247-4411
        fax: (970) 247-1482

        <u>For Defendant</u>:

        TROY A. EID
        United States Attorney

        KEVIN TRASKOS
        Assistant United States Attorney
        Deputy Chief, Civil Division
        United States Attorney's Office
        District of Colorado
        Kevin.trasko@usdoj.gov

           THOMAS H. KRAUS
           Special Assistant United States Attorney
          Office of General Counsel
           Social Security Administration
           1961 Stout Street, Suite 1001A
           Denver CO 80294
           Telephone: (303) 844-0017
           Tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** January 7, 2008.

    **B. Date Complaint Was Served on U.S. Attorney's Office:** February 4, 2008.

    **C. Date Answer and Administrative Record Were Filed:** April 7, 2008.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **Plaintiff states**: To the best of her knowledge the record is complete.
    **Defendant states:** To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **Plaintiff states:** None anticipated.
    **Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **Plaintiff states:** To the best of her knowledge, this case does not involve unusual claims or defenses.
    **Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

    **Plaintiff states:** None anticipated.
    **Defendant states:** None anticipated.

**8. BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:** June 2, 2008.

    **B. Defendant's Response Brief Due:** July 25, 2008**.**

    **C. Plaintiff's Reply Brief (If Any) Due:** August 11, 2008.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Oral Argument is not requested.

    **B. Defendant's Statement:** Oral Argument is not requested

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

IN ADDITION TO FILING AN APPROPRIATE NOTICE WITH THE CLERK'S OFFICE, COUNSEL MUST FILE A COPY OF ANY NOTICE OF WITHDRAWAL, NOTICE OF SUBSTITUTION OF COUNSEL, OR NOTICE OF CHANGE OF COUNSEL'S ADDRESS OR TELEPHONE NUMBER WITH THE CLERK OF THE UNITED STATES MAGISTRATE JUDGE ASSIGNED TO THIS CASE.

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this  23rd   day of April, 2008.

BY THE COURT:


*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:
 s/Gail C. Harriss 4/ 23/08
Gail C. Harriss
DAWES, HARRISS & BLOODSWORTH, P.C.
572 E. Third Avenue
Durango, CO   81301
Telephone: (970) 247-4411, ext. 18
Facsimile: (970) 247-1482
Gch@dawesandharriss.com
Attorney for Plaintiff.


For Defendant:
TROY A. EID
United States Attorney
KEVIN TRASKOS
Assistant United States Attorney
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.trasko@usdoj.gov

By: s/Thomas H. Kraus 4/23/08
Thomas H. Kraus
Special Assistant United States Attorney
Office of General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A

Denver CO 80294
Telephone: (303) 844-0017
Tom.kraus@ssa.gov
Attorneys for Defendant.