# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00029-RPM

**LYNDA LEE CASSARA,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

_____

## ORDER
_____

Upon consideration of the Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [18], it is

ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $6,800.00, to be made payable to Plaintiff, Lynda Lee Cassara, and mailed to counsel of record.

DATED this 13th day of August, 2009.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge